```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19611
   ANTHONY L HULL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-3514


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/23/2007 and was confirmed 12/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was converted to chapter 7 after confirmation 07/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA NOTICE ONLY    NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED         928.38          .00            .00
TARGET NATIONAL BANK     UNSECURED        1212.03          .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00           .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE       .00           .00            .00
POTPURRI FURNITURE       UNSECURED        1006.00          .00            .00
COOK COUNTY TREASURER    SECURED           166.68          .00         166.68
GREENPOINT MORTGAGE CORP SECURED NOT I       .00           .00            .00
GMAC MORTGAGE            NOTICE ONLY    NOT FILED          .00            .00
HSBC MORTGAGE            CURRENT MORTG       .00           .00            .00
HSBC MORTGAGE            MORTGAGE ARRE    2200.00          .00         632.16
HSBC                     NOTICE ONLY    NOT FILED          .00            .00
WFS FINANCIAL            SECURED NOT I       .00           .00            .00
WFS FINANCIAL            UNSECURED      NOT FILED          .00            .00
WELLS FARGO AUTO FINANCE NOTICE ONLY    NOT FILED          .00            .00
CAPITAL ONE              UNSECURED        1708.51          .00            .00
CHASE                    UNSECURED      NOT FILED          .00            .00
SEARS ROEBUCK & CO       UNSECURED      NOT FILED          .00            .00
CITIFINANCIAL SERVICES I UNSECURED      NOT FILED          .00            .00
HSBC                     UNSECURED      NOT FILED          .00            .00
NORTHSIDE L FED CREDIT U UNSECURED      NOT FILED          .00            .00
SINAI HEALTH SYSTEM      UNSECURED      NOT FILED          .00            .00
CITIBANK USA             UNSECURED      NOT FILED          .00            .00
RMI/MCSI                 UNSECURED      NOT FILED          .00            .00
VILLAGE OF PARK FOREST   UNSECURED         550.00          .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         636.79          .00            .00
CARLOS GONZALES          NOTICE ONLY    NOT FILED          .00            .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY      3,268.00                    3,268.00
TOM VAUGHN               TRUSTEE                                        328.16
DEBTOR REFUND            REFUND                                         879.00

     Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19611 ANTHONY L HULL
```

```
--------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    5,274.00

PRIORITY                                              .00
SECURED                                            798.84
UNSECURED                                             .00
ADMINISTRATIVE                                   3,268.00
TRUSTEE COMPENSATION                               328.16
DEBTOR REFUND                                      879.00
                         ---------------       ---------------
TOTALS                     5,274.00              5,274.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 19611 ANTHONY L HULL